# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

E-STONE USA CORPORATION, *et al.*[1]                    Case No. 23-20805-PDR

Debtors.                                               Chapter 11

_____/                       (Jointly Administered)

## FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE

Pursuant to Local Rule 3022-1(A), the undersigned files this Final Report and Motion for Final Decree and represents:

1.   The plan of reorganization in this case was confirmed on September 24, 2024. The plan provided for a $100,000.00 dividend to unsecured creditors between the three (3) unsecured creditor classes specifically consisting of 4A, 4B, and 4C.

2.   The deposit required by the plan has been distributed and all matters to be completed upon the effective date of the confirmed plan have been fulfilled or completed.

3.   There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of this case. The notice of substantial Consummation of the plan was filed on March 18, 2025.

4.   All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof.   A summary of fees and expenses is as follows:

| | |
|---|---|
| $188,564.00 | Fee for Attorney for Debtor |
| $ 123,823.95[2] | U.S. Trustee (fees required by 28 U.S.C. §1930) |
| $ 5,486.00[3] | Clerk of Court (fees required by 28 U.S.C. §1930) |
| $ 80,017.81[4] | Other Professionals |
| $ 397,891.76 | ALL expenses, including Trustee's |

---

[1] The Debtors are: (i) E-Stone USA Corporation; (ii) Rocksolid Granit (USA), Inc., and (iii) Rocksolid Granit (USA), LLC.  The Debtors' address is 9041 Haywood Taylor Boulevard, Sebring, Florida.

[2] This amount represents total payments from all three (3) Debtors from Petition date to 4/17/2025.

[3] This amount represents the $1,738.00 court filing fee per Debtor (x3), and $34.00 fees for amendments to schedules (x8) for $272.00 plus the filing fee for a total amount of $5,486.00.

[4] This amount represents the payments applied for and approved for Professionals which can be found in the Complete Summary of Final Professional Applications for Compensation (Doc. No. 483).

5.  Attached as Exhibit A is a distribution report detailing the payments made under the plan on the effective date.

The undersigned respectfully requests that this court enter a final decree and close this fully administered case.

I certify that a copy of this report and attachments was mailed to the U.S. Trustee's office on this April 23, 2025.

JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP

 /s/ Michael C. Markham
Michael C. Markham, FBN 0768560
Angelina E. Lim, FBN: 158313
400 North Ashley Drive, Suite 3100
Tampa, Florida  33602
Telephone:  (813) 225-2500
Facsimile:  (813) 223-7118
E-Mail:  mikem@jpfirm.com
            angelinal@jpfirm.com
Counsel for the Debtors

**EXHIBIT A**

CASE NAME: <u>23-20805-PDR</u>

The following payments have been made pursuant to the plan of reorganization:

LIST ALL PAYMENTS MADE ON OR BEFORE THE EFFECTIVE DATE OF THE PLAN, OR IF INDIVIDUAL CHAPTER 11, ALL PAYMENTS MADE UNDER THE PLAN. SEPARATE CLAIMANTS BY CLASSIFICATION UNDER THE PLAN AND PROVIDE A TOTAL FOR EACH CLASSIFICATION.    LIST THE NAME OF EACH RECIPIENT, AMOUNT OF THE ALLOWED CLAIM AND THE AMOUNT THAT WAS PAID (USE CONTINUATION PAGE IF NECESSARY).

| RECIPIENT | ALLOWED AMOUNT OF CLAIM | DIVIDEND PAID |
|---|---|---|
| Secured Tax Claims of Governmental Units Against E-Stone | $ | $ 3,060.64 |
| Secured Tax Claims of Governmental Units Against Rocksolid Inc. | $ | $ 988.40 |
| Secured Tax Claims of Governmental Units Against Rocksolid LLC | $ | $0.00 |
| Allowed Secured Claims of First Southern Bank Against E-Stone | $ | $ 45,671.82 |
| Allowed Secured Claims of FirstBank Puerto Rico d/b/a FirstBank Florida | $ | $ 115,000.00 |
| 4A – Allowed General Unsecured Claims Against E-Stone (see below for breakdown) | $ | $50,000.00 |
| 4B – Allowed General Unsecured Claims Against Rocksolid Inc. (see below for breakdown) | $ | $45,000.00 |
| 4B – Allowed General Unsecured Claims Against Rocksolid Inc. (see below for breakdown) | $ | $5,000.00 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

| Class | Name of Creditor | Claim # | Scheduled and/or Claimed Amount | Dividend Paid |
|-------|------------------|---------|-------------------------------|---------------|
| **E-Stone** | | | | |
| 4A | FirstBank PR | 34 | $3,798,064.51 | $7,311.22 |
| 4A | Air Centers of FL | 3 | $2,900.05 | $5.58 |
| 4A | Lintech International | 5 | $8,581.02 | $16.52 |
| 4A | Uline | 6 | $4,937.59 | $9.50 |
| 4A | Decoral System USA | 7 | $69,587.02 | $133.95 |
| 4A | Air Power, Inc. | 8 | $6,743.10 | $12.98 |
| 4A | Lightsey Electric | 9 | $29,680.07 | $57.13 |
| 4A | Toyota Industries Commercial Finance | 10 | $39,814.13 | $76.64 |
| 4A | NNR Global | 11 | $337,497.77 | $649.68 |
| 4A | Mark C Pope Assoc | 12 | $2,829.96 | $5.45 |
| 4A | GPAC, LLC | 13 | $24,335.77 | $46.85 |
| 4A | Mobile Modular Mgmt | 14 | $4,353.75 | $8.38 |
| 4A | Coima USA | 15 | $9,135.55 | $17.59 |
| 4A | Solar Light Co | 16 | $3,480.00 | $6.70 |
| 4A | IRS | 17 | $47.22 | $0.09 |
| 4A | JMCK Enterprises | 18 | $18,460.03 | $35.54 |
| 4A | Microban Products | 19 | $2,593,067.44 | $4,991.62 |
| 4A | Cintas Corp | 20 | $19,841.30 | $38.19 |
| 4A | Apex Office Products | 21 | $925.13 | $1.78 |
| 4A | Sunshine Staffing | 22 | $124,112.14 | $238.91 |
| 4A | Cameron House Consulting | 23 | $15,408.00 | $29.66 |
| 4A | Livio Magni | 24 | $249,391.12 | $480.07 |
| 4A | Livio Magni | 25 | $44,403.44 | $85.48 |
| 4A | Livio Magni | 26 | $23,710.20 | $45.64 |
| 4A | AOC, LLC | 27 | $391,819.00 | $754.25 |
| 4A | GCT SRL | 28 | $17,065.93 | $32.85 |
| 4A | BMW Financial Services | 29 | $3,104.04 | $5.98 |
| 4A | BMW Financial Services | 30 | $75,782.64 | $145.88 |
| 4A | Consulting & Execution SRL | 31 | $542,565.00 | $1,044.43 |
| 4A | Jackie D, LLC | 32 | $900,000.00 | $1,732.49 |
| 4A | Ventana Serra | 33 | $74,551.42 | $143.51 |
| 4A | FirstBank PR | 35 | $4,141,433.24 | $7,972.20 |
| | FirstBank PR | 36 | $4,141,433.24 | $7,972.20 |
| 4A | Microban Products | 37 | $5,320,000.00 | $10,240.92 |

| Schedule D | SCM Group NA | Scheduled | $317,496.00 | $611.18 |
|---|---|---|---|---|
| Schedule E | James A Gorsuch | Scheduled | $15,150.00 | $29.16 |
| 4A | James A Gorsuch | Scheduled | $463,467.00 | $892.17 |
| 4A | AT Nastri SRL | Scheduled | $7,242.98 | $13.94 |
| 4A | Absolutely Cool Innovations | Scheduled | $843.00 | $1.62 |
| 4A | Airtech Group | Scheduled | $4,654.39 | $8.96 |
| 4A | Akron Skopje | Scheduled | $30,011.88 | $57.77 |
| 4A | American Express | Scheduled | $19,362.01 | $37.27 |
| 4A | Anthony & Partners | Scheduled | $5,945.75 | $11.45 |
| 4A | Bay Bridge Admin | Scheduled | $4,114.82 | $7.92 |
| 4A | BGF Industries | Scheduled | $45,445.76 | $87.48 |
| 4A | Big T Tire | Scheduled | $293.85 | $0.57 |
| 4A | Brunt Matz Group | Scheduled | $70,587.50 | $135.88 |
| 4A | Bulk Tainer Logistics USA | Scheduled | $10,584.00 | $20.37 |
| 4A | Cambridge Mercantile Corp | Scheduled | $71,090.51 | $136.85 |
| 4A | Chem-Materials | Scheduled | $7,946.12 | $15.30 |
| 4A | Coker Fuel | Scheduled | $9,135.55 | $17.59 |
| 4A | Compressed Air Systems | Scheduled | $811.63 | $1.56 |
| 4A | Conveyor Consulting and Rubber | Scheduled | $325.92 | $0.63 |
| 4A | Covia Solutions | Scheduled | $11,704.04 | $22.53 |
| 4A | CSPI Technology | Scheduled | $1,869.92 | $3.60 |
| 4A | Dahnay Logistics USA | Scheduled | $75.00 | $0.14 |
| 4A | DHL Express | Scheduled | $522.80 | $1.01 |
| 4A | Duke Energy | Scheduled | $56,540.35 | $108.84 |
| 4A | Eriez Manufacturing | Scheduled | $4,488.00 | $8.64 |
| 4A | Fister Quarries Group | Scheduled | $34,840.00 | $67.07 |
| 4A | Florida Blue | Scheduled | $606.02 | $1.17 |
| 4A | Forbo Siegling | Scheduled | $6,351.85 | $12.23 |
| 4A | Galletti Antonino | Scheduled | $4,409.20 | $8.49 |
| 4A | GCC | Scheduled | $1,393.83 | $2.68 |
| 4A | Grove Scientific & Engineering | Scheduled | $3,200.00 | $6.16 |
| 4A | Heartland Spring Water | Scheduled | $605.25 | $1.17 |
| 4A | HG Logistics | Scheduled | $2,300.00 | $4.43 |
| 4A | Imerys | Scheduled | $3,655.73 | $7.04 |
| 4A | ITNH | Scheduled | $4,797.00 | $9.23 |
| 4A | Jack's Lawn & Landscaping | Scheduled | $4,550.00 | $8.76 |
| 4A | Jorns & Assoc | Scheduled | $127,197.04 | $244.85 |
| 4A | Link Access | Scheduled | $3,824.00 | $7.36 |

| | | | | |
|---|---|---|---|---|
| 4A | Maassen Oil Company | Scheduled | $6,365.98 | $12.25 |
| 4A | Mephisto, Inc. | Scheduled | $1,211,770.00 | $2,332.64 |
| 4A | MI Conveyance Solutions | Scheduled | $1,575.14 | $3.03 |
| 4A | Mid Florida Diesel | Scheduled | $1,767.74 | $3.40 |
| 4A | MNI | Scheduled | $199.00 | $0.38 |
| 4A | Montagner Furniture | Scheduled | $25,606.19 | $49.29 |
| 4A | NexAir | Scheduled | $7,365.10 | $14.18 |
| 4A | NSF International | Scheduled | $3,555.00 | $6.84 |
| 4A | Nufrontier | Scheduled | $10,000.00 | $19.25 |
| 4A | Odyssey International | Scheduled | $19,276.39 | $37.11 |
| 4A | Prati Gritex | Scheduled | $4,746.11 | $9.14 |
| 4A | Prati SRL | Scheduled | $39,225.14 | $75.51 |
| 4A | Quarles & Brady | Scheduled | $4,997.00 | $9.62 |
| 4A | Reboa Law Firm | Scheduled | $2,049.67 | $3.95 |
| 4A | Rodriguez Vega Pallets | Scheduled | $24,805.00 | $47.75 |
| 4A | Savino Del Bene USA | Scheduled | $59,728.02 | $114.98 |
| 4A | Sebring Airport Authority | Scheduled | $60,454.52 | $116.37 |
| 4A | Sebring Gas Systems Inc. | Scheduled | $2,642.27 | $5.09 |
| 4A | Simec | Scheduled | $19,531.63 | $37.60 |
| 4A | Southeastern Printing | Scheduled | $3,509.85 | $6.76 |
| 4A | Summit Fire & Security | Scheduled | $1,054.50 | $2.03 |
| 4A | Sun Life | Scheduled | $2,464.59 | $4.74 |
| 4A | Synergy Thermal Foils, Inc. | Scheduled | $2,100.00 | $4.04 |
| 4A | Tecnica Elettronica S.p.A | Scheduled | $4,506.60 | $8.68 |
| 4A | Tenax USA, LLC | Scheduled | $26,356.93 | $50.74 |
| 4A | The Product Source Inc. | Scheduled | $1,995.50 | $3.84 |
| 4A | Total Quality Logistics | Scheduled | $1,468.23 | $2.83 |
| 4A | Triangle Hardward | Scheduled | $5,745.27 | $11.06 |
| 4A | Turkuaz Polyester Recine | Scheduled | $13,657.00 | $26.29 |
| 4A | WageWorks, Inc | Scheduled | $225.00 | $0.43 |
| 4A | WASTE CONNECTIONS FL | Scheduled | $7,547.63 | $14.53 |
| 4A | WEX BANK | Scheduled | $1,437.83 | $2.77 |
| | | | | |
| TOTAL | | | $25,974,228.35 | **$50,000.00** |

| Class | Name of Creditor | Claim # | Scheduled and/or Claimed Amount | Dividend Paid |
|---|---|---|---|---|
| **RSG Inc** | | | | |
| 4B | FirstBank PR | 35 | $1,535,716.62 | $6,514.13 |
| 4B | First Citizens Bank | 1 | $9,633.15 | $40.86 |
| 4B | ACAR Leasing dba GM Financial | 2 | $3,893.16 | $16.51 |
| 4B | Uline | 3 | $2,350.54 | $9.97 |
| 4B | Jefferson Capital Systems | 4 | $231.27 | $0.98 |
| 4B | Patrizio Virdo | 5 | $37,929.74 | $160.89 |
| 4B | Charlotte Russell | 6 | $66,985.14 | $284.13 |
| 4B | Great America Financial Services | 11 | $8,151.21 | $34.58 |
| 4B | IPFS Corporation | 12 | $34,260.02 | $145.32 |
| 4B | Stream SPE | 14 | $282.05 | $1.20 |
| 4B | Crown Equipment Corp | 15 | $2,112.09 | $8.96 |
| 4B | Ally Bank | 16 | $27,111.71 | $115.00 |
| 4B | Ally Bank | 17 | $27,097.35 | $114.94 |
| 4B | Carney Stanton | 18 | $50,009.11 | $212.13 |
| 4B | Jackie D, LLC | 19 | $1,643,559.15 | $6,971.57 |
| 4B | Franchise Tax Board | 21 | $649.63 | $2.76 |
| 4B | Cassels Brock & Blackwell | 22 | $4,123.59 | $17.49 |
| 4B | Adobe Inc | Scheduled | $566.85 | $2.40 |
| 4B | Affirma | Scheduled | $20,000.00 | $84.84 |
| 4B | Anthology Tile | Scheduled | $21,035.22 | $89.23 |
| 4B | AR Dept of Finance | Scheduled | $3,020.39 | $12.81 |
| 4B | Articad | Scheduled | $7,277.31 | $30.87 |
| 4B | AT&T | Scheduled | $4,829.69 | $20.49 |
| 4B | AT&T Global Network | Scheduled | $1,898.11 | $8.05 |
| 4B | Bank of America CC | Scheduled | $16,409.39 | $69.60 |
| 4B | BDO Canada LLP | Scheduled | $1,888.51 | $8.01 |
| 4B | Brunt Sweeney Matz | Scheduled | $95,025.00 | $403.07 |
| 4B | Bugoff Exterminators | Scheduled | $309.00 | $1.31 |
| 4B | Commercial Collections Corp | Scheduled | $710.10 | $3.01 |
| 4B | CSC | Scheduled | $390.63 | $1.66 |
| 4B | CT Corporation | Scheduled | $17,083.70 | $72.46 |
| 4B | DES Unemployment Tax | Scheduled | $291.13 | $1.23 |
| 4B | FDACS | Scheduled | $100.00 | $0.42 |
| 4B | FDOT-Sunpass | Scheduled | $134.74 | $0.57 |
| 4B | FOA & Son | Scheduled | $69,013.70 | $292.74 |

| 4B | Globaltranz Enterprises | Scheduled | $4,119.24 | $17.47 |
|----|----|----|----|----|
| 4B | Google, Inc. | Scheduled | $2,510.36 | $10.65 |
| 4B | Haber Law | Scheduled | $95,061.02 | $403.23 |
| 4B | Heartland Spring Water | Scheduled | $204.90 | $0.87 |
| 4B | HJ Janitorial Services | Scheduled | $2,835.50 | $12.03 |
| 4B | International Franchise Assoc | Scheduled | $7,832.62 | $33.22 |
| 4B | Internicola Law Firm | Scheduled | $12,112.31 | $51.38 |
| 4B | Jorns & Assoc | Scheduled | $122,681.60 | $520.39 |
| 4B | Kansas Employment Security Fund | Scheduled | $1,779.05 | $7.55 |
| 4B | Law Office of Donald Hudspeth | Scheduled | $3,279.46 | $13.91 |
| 4B | Lawrence Land PPEC | Scheduled | $364,166.70 | $1,544.71 |
| 4B | Listen360 | Scheduled | $5,594.40 | $23.73 |
| 4B | Marcello Becchi | Scheduled | $26,660.00 | $113.09 |
| 4B | MFV Expositions | Scheduled | $6,247.00 | $26.50 |
| 4B | Miller Zell | Scheduled | $60,868.00 | $258.19 |
| 4B | Old Republic Surety | Scheduled | $500.00 | $2.12 |
| 4B | Padula Bennardo Levine | Scheduled | $12,487.97 | $52.97 |
| 4B | Pitney Bowes | Scheduled | $70.48 | $0.30 |
| 4B | Priority 1 | Scheduled | $1,394.12 | $5.91 |
| 4B | Quote Countertops | Scheduled | $51,000.00 | $216.33 |
| 4B | Qvinci | Scheduled | $2,708.10 | $11.49 |
| 4B | Reboa Law Firm | Scheduled | $4,864.00 | $20.63 |
| 4B | Reliable Premium Mgmt | Scheduled | $166.01 | $0.70 |
| 4B | RingCentral | Scheduled | $11,953.83 | $50.71 |
| 4B | Roberlo | Scheduled | $2,250.20 | $9.54 |
| 4B | Rocksolid Granite USA LLC | Scheduled | $6,017,416.41 | $25,524.39 |
| 4B | Ronald A. Shapo, PA | Scheduled | $2,450.00 | $10.39 |
| 4B | Rutledge | Scheduled | $3,546.76 | $15.04 |
| 4B | Santomassimo Davis | Scheduled | $17,833.15 | $75.64 |
| 4B | Scorpion Enterprises | Scheduled | $11,900.00 | $50.48 |
| 4B | Simple Steps | Scheduled | $3,210.00 | $13.62 |
| 4B | Site Ground | Scheduled | $783.00 | $3.32 |
| 4B | Southeastern | Scheduled | $1,020.94 | $4.33 |
| 4B | DMV-State of CA | Scheduled | $675.00 | $2.86 |
| 4B | State of Nebraska | Scheduled | $89.00 | $0.38 |
| 4B | Szabo Assoc | Scheduled | $1,576.14 | $6.69 |
| 4B | That Social Media Girl | Scheduled | $929.18 | $3.94 |
| 4B | The Entrepreneur's Source | Scheduled | $3,000.00 | $12.73 |
| 4B | Valentin Medina | Scheduled | $518.14 | $2.20 |

| 4B | VA Employment Commission | Scheduled | $1,189.28 | $5.04 |
|----|--------------------------|-----------|-----------|-------|
| 4B | Waste Management | Scheduled | $1,542.44 | $6.54 |
| 4B | Web Results Direct | Scheduled | $7,035.64 | $29.84 |
| 4B | Zoho Corp | Scheduled | $16,680.15 | $70.75 |
| | | | | |
| | | | $10,608,821.10 | **$45,000.00** |

| **RSG LLC** | Name of Creditor | Claim # | Scheduled and/or Claimed Amount | Dividend Paid |
|-------------|------------------|---------|---------------------------------|---------------|
| 4C | FirstBank PR | 36 | $1,535,716.62 | **$5,000.00** |